UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

Ely Yao
xxx-xx-9438

       Debtor                                                       No. 10-15540 JA

**NOTICE OF DEADLINE FOR FILING OBJECTIONS TO MOTION
TO RECONVERT CHAPTER 7 CASE TO CHAPTER 13 AND TO REINSTATE THE
CONFIRMED CHAPTER 13 PLAN**

      Please take notice that on 8/25/15, debtor Ely Yao, by and through counsel, CHRISTOPHER L. TRAMMELL, filed a motion to reconvert this case to Chapter 13 and to reinstate the previously confirmed plan. Copy of the motion is enclosed.

      **IF YOU OBJECT** to the motion, you must file a written objection with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Tenth Floor, PO Box 546, Albuquerque, NM 87103-0546, within **21 days of the date of mailing of this notice**. If you are an attorney, you must electronically file your objection. You must provide a copy of your objection to CHRISTOPHER L. TRAMMELL at the address shown below.

      The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system. Log on to PACER at ecf.nmb.uscourts.gov. For registration and use instructions, see pacer.psc.uscourts.gov/index.html. You may also view this document from a computer at the Clerk's Office between 8:30 am and 4:30 pm, Monday through Friday, at no charge.

      If objections are timely filed, a hearing to consider them will be held on short notice before the Honorable Robert H. Jacobvitz, United States Bankruptcy Judge, in the Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Albuquerque, New Mexico.

      If no objections are timely filed, a proposed order will be submitted to the Judge for his consideration.

                                                                */s/Christopher L. Trammell/*
                                                                Christopher Trammell
                                                                Attorney for Debtor
                                                                3900 Juan Tabo Blvd. NE
                                                                Albuquerque, NM 87111
                                                                (505) 294-0131
                                                                FAX (505) 294-8440
                                                                CLTlaw@comcast.net

1

Certificate of Service (check all applicable items)

( X ) Certificate of service of motions, requests, any other contested matters: I certify that on the date noted below I served, in accordance with Fed. R. Bankr. P. 9014, this notice, together with the related Motion, by first class mail postage prepaid on the following:

*All creditors and interested parties as shown on the mailing list on file with the court.*


( ) Certificate of service of motions, requests, any other contested matters on **an insured depository institution**: I further certify that on the date noted below I served, in accordance with Fed. R. Bankr. P. 9014 and Fed. R. Bankr. P. 7004(h), this notice, together with the related motion, on the following in the manner indicated: n/a

( ) Certificate of service of motions, requests, any other contested matters on other entities with special requirements for service: I further certify that on the date noted below I served, in accordance with Fed. R. Bankr. P. 9014 and Fed. R. Bankr. P. *(include appropriate citation)*, this notice, together with the related motion, on the following in the manner indicated: *n/a.*

DATE: 8/25/15

                         */submitted electronically/*
                         CHRISTOPHER L. TRAMMELL, P.A.
                         Christopher Trammell, Esq.
                         Attorney for Debtor