UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: ELY YAO,  No. 13-10-15540 JA

Debtor.

## ORDER CONVERTING CASE TO CHAPTER 13

IN ACCORDANCE with the Court's Memorandum Opinion entered March 31, 2016,

IT IS HEREBY ORDERED, that the Debtor's Motion for Reconversion of Chapter 7 Case to Chapter 13 and to Reinstate Confirmed Plan (11 U.S.C. 706(c), FRBP 1017(f)(1) is GRANTED to allow the Debtor to reconvert from Chapter 7 to Chapter 13 and complete the remaining plan payments under the previously confirmed Chapter 13 plan.

ORDERED FURTHER, that this case is hereby converted to Chapter 13.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket:  April 1, 2016

COPY TO:

Christopher L Trammell
Attorney for Debtor
3900 Juan Tabo NE
Albuquerque, NM 87111-3984

Kelley L. Skehen
Chapter 13 Trustee
625 Silver Avenue SW, Suite 350
Albuquerque, NM 87102-3111