# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: margo | Date Created: 4/1/2016 |
| Case: 10–15540–j7 | Form ID: pdfor1 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Christopher L Trammell     cltlaw@comcast.net

  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
tr     Kelley L. Skehen     625 Silver Avenue SW     Suite 350     Albuquerque, NM 87102–3111

  TOTAL: 1