```
                          United States Bankruptcy Court
                              District of New Mexico
In re:                                                        Case No. 10-15540-j
Ely Yao                                                       Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 1084-1          User: margo              Page 1 of 1        Date Rcvd: Apr 01, 2016
                              Form ID: pdfor1          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2016.
tr              Kelley L. Skehen,    625 Silver Avenue SW,    Suite 350,    Albuquerque, NM  87102-3111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2016 at the address(es) listed below:
              Christopher L Trammell    on behalf of Defendant Ely  Yao cltlaw@comcast.net,
               trammelllaw@gmail.com
              Christopher L Trammell    on behalf of Debtor Ely  Yao cltlaw@comcast.net,    trammelllaw@gmail.com
              Edward Alexander Mazel    edmazeltrustee@askewmazelfirm.com,
               NM74@ecfcbis.com;psticetrustee@askewmazelfirm.com;askewmazellawfirm@gmail.com
              Elizabeth A. Garcia    on behalf of Plaintiff    New Mexico Department of Workforce Solutions
               elizabetha.garcia@state.nm.us,    nancy.tenbroeck@state.nm.us
              James C Jacobsen    on behalf of Creditor    Taxation and Revenue Department of the State of New
               Mexico jjacobsen@nmag.gov
              Kelley L. xSkehen    on behalf of Trustee Kelley L. Skehen courtemail@ch13nm.com,
               courtemailbu@ch13nm.com
              Manuel   Lucero    on behalf of Creditor    Internal Revenue Service manny.lucero@usdoj.gov,
               lois.golden@usdoj.gov
              Richard Lawrence Branch    on behalf of Creditor    New Mexico Department of Workforce Solutions
                richard.branch@state.nm.us,    nancy.tenbroeck@state.nm.us;sherry.crespin@state.nm.us
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                                               TOTAL: 9

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: ELY YAO,                                        No. 13-10-15540 JA

Debtor.

## ORDER CONVERTING CASE TO CHAPTER 13

IN ACCORDANCE with the Court's Memorandum Opinion entered March 31, 2016,

IT IS HEREBY ORDERED, that the Debtor's Motion for Reconversion of Chapter 7 Case to Chapter 13 and to Reinstate Confirmed Plan (11 U.S.C. 706(c), FRBP 1017(f)(1) is GRANTED to allow the Debtor to reconvert from Chapter 7 to Chapter 13 and complete the remaining plan payments under the previously confirmed Chapter 13 plan.

ORDERED FURTHER, that this case is hereby converted to Chapter 13.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: April 1, 2016

COPY TO:

Christopher L Trammell
Attorney for Debtor
3900 Juan Tabo NE
Albuquerque, NM 87111-3984

Kelley L. Skehen
Chapter 13 Trustee
625 Silver Avenue SW, Suite 350
Albuquerque, NM 87102-3111